**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Steven M. Weidenhof** | Social Security number or ITIN   xxx–xx–3055 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jennifer A. Weidenhof** | Social Security number or ITIN   xxx–xx–1296 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **13–22977–JAD**

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven M. Weidenhof                                            Jennifer A. Weidenhof

10/24/18                                        **By the court:**   <u>Jeffery A. Deller</u>
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                        Case No. 13-22977-JAD
Steven M. Weidenhof                                           Chapter 13
Jennifer A. Weidenhof
      Debtors               CERTIFICATE OF NOTICE
District/off: 0315-2          User: mgut                  Page 1 of 2                  Date Rcvd: Oct 24, 2018
                              Form ID: 3180W              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db/jdb         +Steven M. Weidenhof,    Jennifer A. Weidenhof,    206 Connie Drive,    Pittsburgh, PA 15214-1228
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13675457       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,     P.O. Box 182676,    Columbus, OH 43218-2676)
13675450        Department Of Education,    FedLoan Servicing,    P.O. 530210,    Atlanta, GA 30353-0210
13741662        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13675456       +Heniz-DelMonte Federal credit Union,    P.O. Box 57,    Pittsburgh, PA 15230-0057
13677817       +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
13675458        PNC Bank,   P.O. Box 856177,    Louisville, KY 40285-6177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2018 02:41:46      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: bankruptcy@clearviewfcu.org Oct 25 2018 02:41:52       Clearview FCU,
                 8805 University Blvd,    Moon Township, PA 15108-4212
13746807       +E-mail/Text: bncmail@w-legal.com Oct 25 2018 02:42:03       ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13675448        EDI: CAPITALONE.COM Oct 25 2018 06:23:00      Capital One Bank USA, N.A.,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
13901787       +E-mail/Text: cu00@andrew.cmu.edu Oct 25 2018 02:42:19
                 Carnegie Mellon University Federal Credit Union,     5000 Forbes Avenue,
                 Pittsburgh, PA 15213-3815
13675449        EDI: CHASE.COM Oct 25 2018 06:23:00      Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
13747369       +EDI: CITICORP.COM Oct 25 2018 06:23:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
14230881       +E-mail/Text: bankruptcy@clearviewfcu.org Oct 25 2018 02:41:52
                 Clearview Federal Credit Union,    8805 University Blvd.,    Moon Township, PA 15108-4212
13711152       +E-mail/Text: kburkley@bernsteinlaw.com Oct 25 2018 02:42:32       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13675451        EDI: RMSC.COM Oct 25 2018 06:23:00      GE Capital Retail Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
13675455        EDI: RMSC.COM Oct 25 2018 06:23:00      Green Tree Servicing,    332 Minnesota Street, Suite 610,
                 Saint Paul, MN 55101
13675454        E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 02:41:09       Green Tree,   P.O. Box 6154,
                 Rapid City, SD 57709
13675452        E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 02:41:09       Green Tree,   PO Box 94710,
                 Palatine, IL 60094-4710
13743556       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 02:41:09       Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13712617       +E-mail/Text: bankruptcy@clearviewfcu.org Oct 25 2018 02:41:52
                 Heinz-Del Monte Federal Credit Union,    357 Sixth Avenue, 9th Floor,
                 Pittsburgh, PA 15222-2539
13741860        EDI: PRA.COM Oct 25 2018 06:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14520623        EDI: Q3G.COM Oct 25 2018 06:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC
13743555        Green Tree Servicing LLC,    P. O. Box 6154,   Rapid City, South Dakota 57709-6154,
                 Telephone Green Tree Servicing LLC,    Green Tree Servicing LLC,    number: 888-298-7785
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13675453*      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                 (address filed with court: Green Tree,     PO Box 94710,    Palatine, IL 60094-4710)
                                                                                              TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: mgut                 Page 2 of 2           Date Rcvd: Oct 24, 2018
                               Form ID: 3180W             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Steven M. Weidenhof chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Jennifer A. Weidenhof
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                            TOTAL: 8
```