IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    STEVEN M. WEIDENHOF
    JENNIFER A. WEIDENHOF
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-22977 JAD

Chapter 13

Document No.: 73

ORDER OF COURT

AND NOW, this 24th day of October, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

FILED
10/24/18 4:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                       Case No. 13-22977-JAD
Steven M. Weidenhof                                          Chapter 13
Jennifer A. Weidenhof
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                 Page 1 of 2           Date Rcvd: Oct 24, 2018
                              Form ID: pdf900            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db/jdb         +Steven M. Weidenhof,    Jennifer A. Weidenhof,    206 Connie Drive,    Pittsburgh, PA 15214-1228
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13675457       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,    P.O. Box 182676,    Columbus, OH 43218-2676)
13675449        Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
13747369       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13675450        Department Of Education,    FedLoan Servicing,    P.O. 530210,    Atlanta, GA 30353-0210
13741662        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13675456       +Heniz-DelMonte Federal credit Union,    P.O. Box 57,    Pittsburgh, PA 15230-0057
13677817       +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
13675458        PNC Bank,   P.O. Box 856177,    Louisville, KY 40285-6177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy@clearviewfcu.org Oct 25 2018 02:41:52     Clearview FCU,
                 8805 University Blvd,    Moon Township, PA 15108-4212
13746807       +E-mail/Text: bncmail@w-legal.com Oct 25 2018 02:42:03     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13675448        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 02:37:04
                 Capital One Bank USA, N.A.,    P.O. Box 71083,   Charlotte, NC 28272-1083
13901787       +E-mail/Text: cu00@andrew.cmu.edu Oct 25 2018 02:42:19
                 Carnegie Mellon University Federal Credit Union,    5000 Forbes Avenue,
                 Pittsburgh, PA 15213-3815
14230881       +E-mail/Text: bankruptcy@clearviewfcu.org Oct 25 2018 02:41:52
                 Clearview Federal Credit Union,    8805 University Blvd.,   Moon Township, PA 15108-4212
13711152       +E-mail/Text: kburkley@bernsteinlaw.com Oct 25 2018 02:42:30     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13675451        E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 02:37:21     GE Capital Retail Bank,
                 P.O. Box 960061,    Orlando, FL 32896-0061
13675455        E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 02:37:03     Green Tree Servicing,
                 332 Minnesota Street, Suite 610,    Saint Paul, MN 55101
13675454        E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 02:41:09     Green Tree,    P.O. Box 6154,
                 Rapid City, SD 57709
13675452        E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 02:41:09     Green Tree,    PO Box 94710,
                 Palatine, IL 60094-4710
13743556       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 25 2018 02:41:09     Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13712617       +E-mail/Text: bankruptcy@clearviewfcu.org Oct 25 2018 02:41:52
                 Heinz-Del Monte Federal Credit Union,    357 Sixth Avenue, 9th Floor,
                 Pittsburgh, PA 15222-2539
13741860        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2018 02:37:06
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14520623        E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2018 02:41:24
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC
13743555        Green Tree Servicing LLC,    P. O. Box 6154,   Rapid City, South Dakota 57709-6154,
                 Telephone Green Tree Servicing LLC,    Green Tree Servicing LLC,   number: 888-298-7785
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
13675453*      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,   P O BOX 6154,    RAPID CITY SD 57709-6154
                 (address filed with court: Green Tree,    PO Box 94710,   Palatine, IL 60094-4710)
                                                                                               TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: mgut              Page 2 of 2            Date Rcvd: Oct 24, 2018
                              Form ID: pdf900         Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:

```
          Christopher M. Frye    on behalf of Debtor Steven M. Weidenhof chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Christopher M. Frye    on behalf of Joint Debtor Jennifer A. Weidenhof
           chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC
           bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```